UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY SCHAEFFER,

       Plaintiff,                     Case No. 08-15000

v.                                   HONORABLE AVERN COHN

TRACTOR SUPPLY COMPANY,

       Defendant.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered and filed on this date, judgment is entered in favor of the defendant and against the plaintiff and the case is DISMISSED.

                                                      DAVID WEAVER

Dated: June 9, 2010            By: s/Julie Owens
                                            Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, June 9, 2010, by electronic and/or ordinary mail.

                                                      s/Julie Owens
                                                      Case Manager, (313) 234-5160